**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 341 EAL 2023
                                                 :
               Respondent                  :
                                                 :   Petition for Allowance of Appeal
                                                 :   from the Order of the Superior Court
                 v.                              :
                                                   :
JARON AMBROSE,                         :
                                                   :
               Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.